B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## District Of Central District of California

| | |
|---|---|
| In re YNEZ SHOPS, LLC, Debtor | Case No. 8:26-bk-10693-SC |
| | Chapter 11 |
| 27450 YNEZ ROAD, LLC, Plaintiff | |
| v. | Adv. Proc. No. ______________ |
| PRO TEMECULA TOWN CENTER, LLC; YNEZ SHOPS, LLC; DOES 1-20, Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:
United States Bankruptcy Court
Central District of California - Santa Ana Division
411 West Fourth Street
Santa Ana, CA 92701-4593

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Mathias D. Maciejewski, Esq. | ROBHANA LEGAL, P.C.
606 South Olive Street, Suite 600 | Los Angeles, CA 90014
(213) 683-8000 | mathias.esq@gmail.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

____________________ (Clerk of the Bankruptcy Court)

Date: ______________ By: ______________________(Deputy Clerk)

# CERTIFICATE OF SERVICE

I, ____________________________(name), certify that service of this summons and a copy of the complaint was made ______________________(date) by:

- ❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of ________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___________ Signature ____________________________________

Print Name: ___________________________

Business Address: ___________________________

___________________________